# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1398

C. J., et al v. Kennett Consolidated School District

(U.S. District Court No.: 2-21-cv-04495)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    March 21, 2023
LMR/cc:   Jacqueline C. Lembeck, Esq.
Karl A. Romberger Jr., Esq.
Mr. George V. Wylesol,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate