## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNOR J., | : | CIVIL ACTION |
| vs. | : | NO. 21-4495 |
| KENNETT CONSOLIDATED SCHOOL DISTRICT. | : | |

### ORDER

**AND NOW, TO WIT:** This 14th day of September 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE WYLESOL**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon
Civil Deputy Clerk

Copies Emailed on 9/14/23 to:
  Jacqueline Lembeck, Esq.
  Karl A. Romberger, Jr., Esq.

Civ 2 (7/83)

41.1(b)